IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| ROOSEVELT INN, LLC and : ROOSEVELT MOTOR INN, INC. : | Bky. No. 21-11697 (AMC) |
| Debtors. : | |
| UFVS MANAGEMENT COMPANY : LLC, et al. | REMOVED PROCEEDINGS |
| Plaintiffs, : | Court of Common Pleas, Philadelphia County, Pennsylvania |
| v. : | CCP Case No. 200701464 |
| PRAETORIAN INSURANCE : COMPANY, et al. Defendants. : | **Adversary No: 21-00053-amc** |

**STATEMENT PURSUANT TO RULE 9027(e)(3)**

Defendant, Praetorian Insurance Company ("Praetorian"), pursuant to Fed. R. Bankr. P. 9027(e)(3), by and through its undersigned counsel, submits this statement ("Statement") in response to the Notice of Removal (Adv. Doc. No. 1) filed by Plaintiffs, Roosevelt Inn, LLC ("Roosevelt Inn") and Roosevelt Motor Inn, Inc. ("Roosevelt Motor Inn" and together with Roosevelt Inn, the "Debtors"), as follows:

1. Praetorian does not consent to the entry of final orders or judgment by the Bankruptcy Court in the adversary proceeding. It has not yet been determined whether or not the Court, absent consent of the parties, is prohibited from entering final orders or judgment consistent with Article III of the United States Constitution in the Debtors' bankruptcy case.

2. The Notice of Removal filed by the Debtors contains commentary and characterizations that do not require a response in order to satisfy the requirements of Bankruptcy

Rule 9027(e)(3).[1] Accordingly, Praetorian will not, through this Statement, respond to commentary included in the Notice of Removal. Praetorian reserves the right and opportunity to do so if and when necessary or appropriate.

3.      Praetorian does not waive and expressly reserves all of its respective rights, claims, defenses and remedies to the underlying removed litigation and the Notice of Removal, including but not limited to: (a) the right to request that the Court abstain from hearing this proceeding or remand this proceeding; (b) the right to demand a jury trial; (c) the right to request that the reference of this proceeding to this Court be withdrawn; and (d) any other claim, right or action.

Respectfully submitted,

DATED:  July 13, 2021

STEWART SMITH
*/s/ Michael J. Smith*
Michael J. Smith
Bryan W. Petrilla
300 Four Falls Corporate Center, Ste. 670
West Conshohocken, PA 19428
MSmith@StewartSmithLaw.com
BPetrilla@stewartsmithlaw.com
484.534.8300

-and-

ARMSTRONG TEASDALE, LLP
Rafael X. Zahralddin (PA Bar #71510)
2005 Market Street, 29th Floor,
One Commerce Square,
Philadelphia, PA 19103
Rzahralddin@atllp.com
267.780.2000

*Attorneys for Defendant
Praetorian Insurance Company*

---

[1] Federal Rule of Bankruptcy Procedure 9027 was amended in 2016 to remove a requirement that a pleading state whether a proceeding is core or noncore, responding to *Stern v. Marshall*, 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475 (2011). Rule 9027, as amended in subdivision (a) and (e)(3), requires only a statement as to whether or not the pleader consents to entry of final orders or judgment by the bankruptcy court.

## CERTIFICATE OF SERVICE

I, Michael J. Smith, Esquire, hereby certify that on the 13th day of July, 2021, I caused a true and correct copy of the foregoing Statement Pursuant to Rule 9027(e)(3) to be filed with the Court and that notice of same has been or will be provided to all parties as indicated below.

Derek J. Baker, Esquire **(Via ECF)**
John N. Ellison, Esquire **(Via U.S. Mail)**
Shruti D. Engstrom, Esquire **(Via U.S. Mail)**
Reed Smith LLP
Three Logan Square, 1717 Arch Street
Suite 3100
Philadelphia, PA 19103-7301
dbaker@reedsmith.com
*Attorney for Plaintiffs*
*Roosevelt Inn, LLC, Roosevelt Motor Inn, Inc., UFVS Management Company, LLC, and Yagna Plaintiff*

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
akaralis@karalislaw.com
rseitzer@karalislaw.com
*Attorney for Plaintiffs*
*Roosevelt Inn, LLC and Roosevelt Motor Inn, Inc.*
**(Via ECF)**

Melissa Brill, Esquire
Cozen O'Connor
3WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
*Attorney for Public Service Mutual Insurance Company*
**(Via U.S. Mail)**

Public Service Mutual Insurance Company
10 South River Plaza
Suite 875
Chicago, IL 60606
**(Via U.S. Mail)**

 

/s/ *Michael J. Smith*
Michael J. Smith